IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Erica Sherrie Moses, | |
| DEBTOR(S). | Case no: 14-67423-WLH |

### DEBTORS' NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

COMES NOW the above-named debtor, by and through her attorney of record, and hereby voluntarily dismisses the above-captioned Chapter 13 proceeding without prejudice pursuant to 11 U.S.C. Section 1307(b). In support of this election, the debtors show unto the Court the following:

1. This case was commenced by the filing of a voluntary Chapter 13 petition on September 3, 2014.

2. This case has not been previously converted under Sections 706, 1112 or 1208 of the Bankruptcy Code.

Dated this the 6th day of November, 2014.

/s/ Carson Walden
Carson Walden
Attorney for the Debtor
GA Bar No.: 942889
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue
Suite 757
Decatur, GA 30030
404.884.8315
404.924.7051 fax
cwalden@wghnlaw.com

After being fully informed and advised of the consequences of a dismissal of my Chapter 13 case, including that if a Motion for Relief from the Automatic Stay was filed in my case that I will not be able to file a new bankruptcy case for six months following the dismissal of my case, I have requested my attorney to file the necessary documents with the Bankruptcy Court so as to cause my case to be dismissed.

_____        11-6-14
Erica Sherrie Moses                    Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | |
| | Chapter 13 |
| Erica Sherrie Moses, | |
| DEBTOR(S). | Case no: 14-67423-WLH |

CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within document(s) upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Erica Sherrie Moses
5156 E Ponce de Leon Ave
Apt J
Lithonia, GA 30058

David Sicay-Perrow
Sicay-Perrow Knighten, P.C.
P O Box 2108
Atlanta, GA 30301-2108

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: November 6, 2014

/s/ Carson Walden
Carson Walden
Attorney for the Debtor
GA Bar No.: 942889
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue
Suite 757
Decatur, GA 30030
404.884.8315
404.924.7051 fax
cwalden@wghnlaw.com